IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHIRLEY BONNETT                                                                                      PLAINTIFF

vs.                                              Civil No. 1:20-cv-01032

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                                  DEFENDANT

## MEMORANDUM OPINION

On July 23, 2020, Shirley Bonnett ("Plaintiff") brought this action appealing the denial of her disability benefits. ECF No. 1. This Court affirmed the decision of the SSA. ECF Nos. 15-16. On March 16, 2021, Plaintiff appealed this Court's decision to the Eighth Circuit Court of Appeals. ECF No. 17. On November 16, 2021, the Eighth Circuit Court of Appeals directed Plaintiff's case be remanded to the SSA for further administrative evaluation, including a full consideration of the opinions of her treating physician. ECF No. 22.

The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Based on the foregoing, this case is reversed and remanded for further findings consistent with the directives of the Eighth Circuit Court of Appeals. A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 22nd day of November 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE